IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**REGINA LUNSFORD POTTER**                                                              **PLAINTIFF**

VS.                                       **CASE NO. 4:10CV01120 HDY**

**MICHAEL ASTRUE, Commissioner,**
    **Social Security Administration**                                               **DEFENDANT**

**ORDER**

The plaintiff's motion for extension of time (docket entry no. 10) is granted, and the plaintiff is directed to submit her brief on or before December 10, 2010.

IT IS SO ORDERED this   29   day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE